**CT Corporation**

**Service of Process Transmittal**
08/13/2015
CT Log Number 527636206

**TO:**   Carrie Troesch
Nationwide Mutual Insurance Company
1 Nationwide Plz # 1-30-401
Columbus, OH 43215-2239

**RE:**   **Process Served in Florida**

**FOR:**   Western Heritage Insurance Company  (Domestic State: AZ)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Garden Terrace Apts. No. 9 Asociation, Inc., etc., etc., Pltf. vs. Western Heritage Insurance Company, Dft. |
| **DOCUMENT(S) SERVED:** | Notice, Summons, Complaint, Letter |
| **COURT/AGENCY:** | Broward County Circuit Court, FL
Case # CACE15013739DIV09 |
| **NATURE OF ACTION:** | Insurance Litigation - Policy benefits claimed |
| **ON WHOM PROCESS WAS SERVED:** | CT Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Electronic Receipt on 08/13/2015 |
| **JURISDICTION SERVED :** | Florida |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service |
| **ATTORNEY(S) / SENDER(S):** | David B. Pakula
David B. Pakula, P.A.
6840 Dykes Road
Southwest Ranches, FL 33331
954-217-5123 |
| **REMARKS:** | Process received by Chief Financial Officer on 08/11/2015, and forwarded to C T Corporation System by electronic delivery on 08/13/2015. |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/13/2015, Expected Purge Date: 08/18/2015

Image SOP |
| **SIGNED:**
**ADDRESS:**

**TELEPHONE:** | CT Corporation System
1200 South Pine Island Road
Plantation, FL 33324
954-473-5503 |

Page 1 of  1 / SB

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.


**EXHIBIT**
A



CHIEF FINANCIAL OFFICER
**JEFF ATWATER**
STATE OF FLORIDA



15-101394

GARDEN TERRACE APTS. NO. 9 ASSOCIATION,
INC., A CONDOMINIUM

PLAINTIFF(S),

VS.

WESTERN HERITAGE INSURANCE COMPANY

DEFENDANT(S).
_____/

SUMMONS, COMPLAINT FOR BREACH OF INSURANCE CONTRACT

CASE #:   **CACE-15-013739 DIV 09**
COURT:   **CIRCUIT COURT**
COUNTY:  **BROWARD**
DFS-SOP#: **15-101394**

## NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by MAIL on the 11th day of August, 2015 and a copy was forwarded by Electronic Delivery on the 13th day of August, 2015 to the designated agent for the named entity as shown below.

WESTERN HERITAGE INSURANCE COMPANY
DONNA MOCH
CT CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

\* Our office will only serve the initial process (Summons and Complaint) or Subpoena and is not responsible for transmittal of any
subsequent filings, pleadings or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080.

Jeff Atwater
Chief Financial Officer

cc to: Plaintiff's Representative for filing in appropriate court:

DAVID B. PAKULA
6840 DYKES ROAD
SOUTHWEST RANCHES FL 33331

JGJ

Case Number: CACE-15-013739 Division: 09

Filing # 30416757 E-Filed 08/03/2015 04:54:18 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICICAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

GARDEN TERRACE APTS.
NO. 9 ASSOCIATION, INC.,
A CONDOMINIUM

      Plaintiff,

v.

WESTERN HERITAGE INSURANCE
COMPANY,

      Defendant.

_____/

CASE NO. :

**SUMMONS**

TO:    WESTERN HERITAGE INSURANCE COMPANY,
      c/o Florida Chief Financial Officer as R.A.
      Service of Process Section
      P.O. BOX 6200
      Tallahassee, FL 32314-6200

**IMPORTANT**

    A lawsuit has been filed against you. You have twenty (20) calendar days after this Summons is served on you to file a written response to the attached Complaint in this Court. A phone call will not protect you; your written response, including the above case number and named parties, must be filed if you want the Court to hear your case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

    If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a carbon copy or photocopy of your written response to the Plaintiff / Plaintiff's Attorney named below.

BY: _____

    DAVID B. PAKULA, P.A.
    Attorney for Plaintiff
    6840 Dykes Road
    Southwest Ranches, FL 33331
    Phone     (954) 217-5123
    Facsimile  (954) 217-6990

Email: david@pakulalawfirm.com
info@pakulalawfirm.com

**THE STATE OF FLORIDA**

To Each Sheriff of the State:  YOU ARE HEREBY COMMANDED to serve this Summons on the above-named Defendant.

DATED ON _____AUG 06 2015_____, 2015.

As Clerk of Circuit & County Court

By:_____
Deputy Clerk

HOWARD C. FORMAN

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

GARDEN TERRACE APTS.
NO. 9 ASSOCIATION, INC.,
A CONDOMINIUM

CASE NO.:

       Plaintiff,

v.

WESTERN HERITAGE INSURANCE
COMPANY,

       Defendant.

_____/

### COMPLAINT FOR BREACH OF INSURANCE CONTRACT

Plaintiff, GARDEN TERRACE APTS. NO. 9 ASSOCIATION, INC., A CONDOMINIUM, (hereinafter "Plaintiff"), sues the Defendant, WESTERN HERITAGE INSURANCE COMPANY (hereinafter "Defendant"), and alleges:

1.     This is an action for damages that are in excess of $15,000, exclusive of interest, costs and attorney's fees, and which therefore is within the jurisdiction of the circuit court.

2.     At all times hereinafter mentioned, Plaintiff was and is a Florida corporation located and doing business in Broward County, Florida.

3.     At all times hereinafter mentioned, Defendant was and is a corporation duly licensed to transact insurance business in the State of Florida and transacted business in Broward County, Florida.

4.     The Defendant, in consideration for the premiums duly paid in full by Plaintiff, issued a commercial property insurance policy, bearing policy number SCP0964721. The above described policy was in full force and effect on the date of the incident. The Plaintiff does not have a copy of

the policy but believes that the defendant is in possession of the policy.

5.      Pursuant to terms of said policy, Plaintiff was named as insured, and Plaintiff's residential property, a condominium, was insured under the policy on the date of the incident.

6.      On or about December 27, 2014, there was a water backup in the condominium building caused by a broken waste line under the building that caused covered damages in and on the premises.

7.      Pursuant to the insuring agreement of said policy, Plaintiff is entitled to reimbursement for the covered damage to the insured property.

8.      Plaintiff made demand for the benefits for losses under the policy but the Defendant denied coverage under the policy and failed to pay covered losses.

9.      By denying coverage and failing to pay the covered losses sustained by the plaintiff, the defendant has breached its obligations under the insurance policy.

10.     As a result of the defendant's breach of contract, the plaintiff has sustained damages consisting of the amount of covered losses due under the policy of insurance.

11.     Plaintiff has performed all conditions precedent to such reimbursement and to filing of this lawsuit, including but not limited to timely notification of the covered losses.

12.     The Plaintiff has retained David B. Pakula, P.A. to act on his behalf on this action. Plaintiff seeks and is entitled to an award of reasonable attorney's fees and costs for the necessity of bringing this action pursuant to § 627.428, Florida Statutes.

WHEREFORE, Plaintiff requests that the court award damages for the defendant's breach of the insurance contract, and award the plaintiff's costs and reasonable attorney's fees incurred in bringing this action, and order such other relief as the court deems appropriate.

The Plaintiff demands trial by jury of all issues so triable.

Dated: July 31, 2015.

DAVID B. PAKULA, P.A.
Attorney for Plaintiff
6840 Dykes Road
Southwest Ranches, FL 33331
Phone      (954) 217-5123
Facsimile  (954) 217-6990
Primary email: david@pakulalawfirm.com
Secondary email: info@pakulalawfirm.com

By: DAVID B. PAKULA, ESQ.
    Fla. Bar No.: 712851

3

LAW OFFICES

# DAVID B. PAKULA, P.A.

6840 Dykes Road
Southwest Ranches, Florida 33331
Tel: (954) 217-5123
Fax: (954) 217-6990
E-mail: david@pakulalawfirm.com

Florida Bar Board Certified in Appellate Practice

August 7, 2015

Jeff Atwater, Chief Financial Officer
Florida Department of Financial Services
Service of Process Section
PO Box 6200
Tallahassee, FL 32314-6200

Re: Garden Terrace Apts. No. 9 Association, Inc., a Condominium v.
Western Heritage Insurance Company

Dear Mr. Atwater:

Enclosed please find the following: (1) original summons and one true copy of
the summons; and (2) complaint. Also enclosed is a check in the amount of $15.00 for
the service of process fee. Please accept service as registered agent for the insurer,
Western Heritage Insurance Company, and send the return of service to me.

Thank you for your attention to this matter.

Sincerely,

David B. Pakula